# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Robert Harvie Payne,                                )    C/A No. 6:12-cv-1929 DCN
                                                                      )
                                   Plaintiff,            )
                                                                      )
                    vs.                                        )    **O R D E R**
                                                                      )
CCOH, Chas. Co., Dr. Barry Loweissglass,    )
                                                                      )
                                   Defendants.        )
_____    )

     The above referenced case is before this court upon the magistrate judge's recommendation that defendant Charleston County's motion to dismiss and defendants Carolina Center Occupational Health and Dr. Barry L. Weissglass' motions for summary judgment be granted.

     This court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636(b)(1).   However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge.  Thomas v Arn, 474 U.S. 140 (1985).  Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level.  United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984 ).[1]  **No objections**

_____

[1]In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal.  The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'"  Id. at 846.  Plaintiff was advised in a clear manner that his objections had

have been filed to the magistrate judge's report and recommendation.

A <u>de novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation is **AFFIRMED**, defendant Charleston County's motion to dismiss (doc #25) is **GRANTED**, defendant Dr. Barry L. Weissglass' motion for summary judgment (doc #41) is **GRANTED**, and defendant Carolina Center for Occupational Heath's motion for summary judgment (doc #42) is **GRANTED**.

IT IS FURTHER ORDERED that all remaining motions are deemed **MOOT**.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

January 7, 2013
Charleston, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.

to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.